1

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11   PATRICK OTIS NELSON,

12              Petitioner,              No. CIV S-08-2005 JAM KJM P

13        vs.

14   D. K. SISTO,

15              Respondent.              ORDER

16   _____/

17              Petitioner has filed an application for writ of habeas corpus.  However, petitioner

18   challenges his conditions of confinement, not the fact of or duration of his imprisonment, and a

19   writ of habeas corpus can only be granted upon a finding that a prisoner is in custody in violation

20   of the Constitution.  28 U.S.C. § 2254.  Because petitioner's claims are not appropriately raised

21   in a federal habeas action, the court will recommend that this matter be dismissed.  If plaintiff

22   wishes to pursue his claims, he may wish to consider filing an action under 42 U.S.C. § 1983.

23   Plaintiff is cautioned, however, that if he elects to file a § 1983 action, he will be charged the

24   $350.00 filing fee.[1]

25   _____

26        [1] If petitioner qualifies for in forma pauperis status, he will be allowed to pay the filing
fee in instalments.

                                     1

1    `          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

2          These findings and recommendations are submitted to the United States District

3    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

4    days after being served with these findings and recommendations, petitioner may file written

5    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

6    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

7    specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

8    F.2d 1153 (9th Cir. 1991).

9    DATED:  October 22, 2008.

10                                          _____

11                                          U.S. MAGISTRATE JUDGE

12   1
     nels2005.dis

2